1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    THERESA BROOKE,                                    Case No. 18-cv-06424-SVK

8                    Plaintiff,

9            v.                                         **ORDER TO SHOW CAUSE RE SETTLEMENT**

10   YANG'S BROTHER INTERNATIONAL               Re: Dkt. No. 7
     CORPORATION,
11
                    Defendant.
12

13        Plaintiff reports that this case has settled. ECF 7. All previously-scheduled deadlines and

14   appearances are vacated.

15        By **January 2, 2019**, the parties shall file a stipulation of dismissal. If a dismissal is not filed

16   by the specified date, then the parties shall appear on **January 15, 2019 at 10:00 a.m.** and show cause,

17   if any, why the case should not be dismissed. Additionally, the parties shall file a statement in

18   response to this Order no later than **January 8, 2019**, advising as to (1) the status of the parties' efforts

19   to finalize settlement, and (2) how much additional time, if any, is requested to finalize the settlement

20   and file the dismissal.

21        If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

22   vacated and the parties need not file a statement in response to this Order.

23        **SO ORDERED.**

24   Dated: November 13, 2018

25

26

27                                                      SUSAN VAN KEULEN
                                                        United States Magistrate Judge
28